UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-2064
(14-0036 BLA)

NBL COAL COMPANY, INCORPORATED; LIBERTY MUTUAL
INSURANCE COMPANY

    Petitioners

v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS,
UNITED STATES DEPARTMENT OF LABOR; TROY A. MOORE

    Respondents

STIPULATION FOR AWARD OF ATTORNEY FEES

The undersigned hereby stipulates that attorney fees in the amount of $2,987.50 to be paid to Joseph E. Wolfe, have been agreed to by the parties.

Undersigned counsel represents to the Court that all appellate counsel of record consent to these amounts.

_____
Counsel for Movant

# OFFICE OF THE CIRCUIT MEDIATOR
## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| FRANK C. LANEY<br>CIRCUIT MEDIATOR<br>CARY, NORTH CAROLINA | **THOMAS F. BALL III**<br>CHIEF CIRCUIT MEDIATOR<br>17 BRASSIE TERRACE<br>PALMYRA, VA 22963<br>(434) 589-1480<br>FAX (434) 589-1381<br>Tom_Ball@ca4.uscourts.gov | EDWARD G. SMITH<br>CIRCUIT MEDIATOR<br>DUNCAN, SOUTH CAROLINA<br><br>CYNTHIA MABRY-KING<br>CIRCUIT MEDIATOR<br>GREENBELT, MARYLAND |
|---|---|---|

August 27, 2015

Re: 14-2064, NBL Coal Company, Incorporated v. DOWCP

Dear Counsel:

Enclosed is the stipulation for an award of attorney's fees. The stipulation must be filed in electronic PDF format using the Appellate Case Management/Electronic Case Filing System. Please note only movant's counsel should file the stipulation.

Signature of movant's counsel represents to the Court that all appellate counsel of record consent to this stipulation. It is important that this stipulation be electronically filed with the Clerk as soon as practicable. However, it should not be filed until all parties are ready for the Fourth Circuit to enter an order awarding attorney's fees. Your cooperation is appreciated.

Sincerely,

Thomas F. Ball III
Chief Circuit Mediator

Copies:  John R. Sigmond
         Joseph E. Wolfe