FILED: October 20, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2064
(14-0036 BLA)

_____

NBL COAL COMPANY, INCORPORATED; LIBERTY MUTUAL INSURANCE COMPANY

      Petitioners

v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR; TROY A. MOORE

      Respondents

_____

O R D E R

_____

In accordance with the parties' September 18, 2015, stipulation as to payment of attorney's fees, the court awards attorney's fees in the amount of $2,987.50 to Joseph E. Wolfe.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk